| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:14-CR-116 |
| | § | |
| WAYNE ROSS MAITLAND | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is able to understand the nature and consequences of the proceedings against him and to properly assist his counsel in post-trial matters, which include sentencing. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency is **ADOPTED**. It is further

**ORDERED** that the Defendant is competent to participate in the remaining proceedings, which includes sentencing, because he has a rational and factual understanding of the proceeding against him, and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. § 4241(d); see also Dusky v. United States, 362 U.S. 402 (1960).

SIGNED at Beaumont, Texas, this 30th day of June, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE